# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:07CV254-H

| | |
|---|---|
| **ALLSTATE INSURANCE COMPANY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | |
| ) | **ORDER** |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

**THIS MATTER** is before the Court on Defendant's "Motion to Substitute the United States of America" (document #2) filed June 29, 2007. For the reasons stated therein, the Motion is **GRANTED**. The United States of America shall be substituted as the defendant in this action in place of Matthew D. Urbanek.

**SO ORDERED.**

Signed: July 16, 2007

_____
Carl Horn, III
United States Magistrate Judge