**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:07CV254-H**

| | |
|---|---|
| **ALLSTATE INSURANCE COMPANY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| **vs.** | ) |
| | ) |
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **Defendant.** | ) |

## **ORDER**

Upon motion of counsel for the Defendant, and for cause shown, IT IS HEREBY ORDERED that the Initial Attorney's Conference is hereby stayed until further Order of this Court.

**SO ORDERED**.

Signed: September 26, 2007

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge