# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Allstate Insurance Company,

        Plaintiff(s),　　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　　　3:07-cv-254

United States of America,

        Defendant(s).

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 26, 2007 Order.

        **Signed: November 26, 2007**

*(signed)* Frank G. Johns

Frank G. Johns, Clerk
United States District Court